```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 18668
    ROSLYN K VAUGHN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-1515


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 05/10/2005 and was confirmed 07/13/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  30.58% from remaining funds.

    The case was paid in full 05/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
BANK OF AMERICA NA         SECURED                  .00          .00           .00
AMERICAN EXPRESS           UNSECURED         NOT FILED           .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED           7057.29           .00       2158.05
AMERICAN EXPRESS TRAVEL    UNSECURED OTH      8512.31            .00       2602.81
BANK AMERICA               UNSECURED         NOT FILED           .00           .00
BANK OF AMERICA NA         UNSECURED         NOT FILED           .00           .00
CBUSA SEARS                UNSECURED         NOT FILED           .00           .00
RESURGENT ACQUISITION LL   UNSECURED          16248.33           .00       4968.58
RESURGENT ACQUISITION LL   UNSECURED            542.79           .00        165.98
CITIBANK                   UNSECURED         NOT FILED           .00           .00
CITIBANK                   UNSECURED         NOT FILED           .00           .00
CITIZENS BANK              UNSECURED         NOT FILED           .00           .00
DIRECT MERCHANT BANK       UNSECURED         NOT FILED           .00           .00
FASHION BUG                UNSECURED         NOT FILED           .00           .00
FLEET CREDIT CARD          UNSECURED         NOT FILED           .00           .00
JC PENNEY                  UNSECURED         NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED           2533.11           .00        774.60
HOUSEHOLD TAX MASTERS~     UNSECURED         NOT FILED           .00           .00
HSBC CARSON                UNSECURED         NOT FILED           .00           .00
HOUSEHOLD                  UNSECURED         NOT FILED           .00           .00
LANE BRYANT                UNSECURED         NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED           2200.31           .00        672.83
CARDMEMBER SERVICES        UNSECURED         NOT FILED           .00           .00
METRIS COMPANIES           UNSECURED         NOT FILED           .00           .00
RETAILERS NATIONAL BANK    UNSECURED         NOT FILED           .00           .00
CARD PROCESSING CENTER     UNSECURED         NOT FILED           .00           .00
SPRINT OF AMERICA          UNSECURED         NOT FILED           .00           .00
TARGET                     UNSECURED         NOT FILED           .00           .00
CHASE BANK USA             UNSECURED          12646.43           .00       3867.15
HOUSEHOLD BANK NA IL       UNSECURED         NOT FILED           .00           .00
NICOLE G LAWSON            DEBTOR ATTY        1,744.00                     1,744.00
TOM VAUGHN                 TRUSTEE                                         1,046.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 18668 ROSLYN K VAUGHN
```

```
DEBTOR REFUND            REFUND                                              69.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      18,069.00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                             15,210.00
ADMINISTRATIVE                                         1,744.00
TRUSTEE COMPENSATION                                   1,046.00
DEBTOR REFUND                                             69.00
                            ---------------      ---------------
TOTALS                       18,069.00                18,069.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 08/27/08                   /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE

                            PAGE   2
           CASE NO. 05 B 18668 ROSLYN K VAUGHN